Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                           ) | Criminal No.   4:13-cr-40028-TSH |
| ) | |
| CYNTHIA MANSFIELD                  ) | |

## WAIVER OF INDICTMENT

I, **CYNTHIA MANSFIELD**, the above-named defendant, who is accused of conspiracy to commit convert public money in vio6lation of 18 U.S.C. § 371, being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on January 9, 2014, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
Timothy S. Hillman
U.S. District Court Judge