### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**V .**                                                  **Docket NO. 13-cr-40028-TSH**

**CYNTHIA MANSFIELD**

---

**ASSENTED-TO MOTION TO CONTINUE SENTENCING HEARING FOR 90 DAYS**

---

NOW COMES undersigned counsel, counsel for the defendant Cynthia Mansfield, and moves that this Honorable Court continue the sentencing hearing currently scheduled for April 7, 2014, for a period of ninety (90) days thereafter.  The defendant agrees to exclude the additional time for purposes of the Speedy Trial Act because the ends of justice served by the granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

As reason therefore, undersigned counsel states that the Government and the Defense are in the process of negotiating a sentencing recommendations and the additional time is needed to allow this process to be completed.  In addition, Ms. Mansfield will undergo an evaluation to be offered to the court as an aid in sentencing and this process requires additional time.  The Government, through AUSA Scott Garland, assents to this motion.

          Cynthia Mansfield,

          By her attorney,

          __/s/ Brian Murphy_____

          Brian Murphy (666238)
          Murphy & Vander Salm LLP
          46 Wachusett Street
          Worcester, MA 01609
          murphy@mvsllp.com
          Phone-508-425-6330
          Fax- 508-536-0834

Dated: January 31, 2014

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

          __/s/ Brian Murphy_____

          Brian Murphy (666238)
          Murphy & Vander Salm LLP
          46 Wachusett Street
          Worcester, MA 01609
          murphy@mvsllp.com
          Phone-508-425-6330
          Fax- 508-536-0834

Dated: January 31, 2014