AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   13-CR-40028-TSH |
| Cynthia Mansfield | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America                                                                                            .

Date:      03/06/2014

/s/ Sean R. Delaney
*Attorney's signature*

Sean R. Delaney NY # 466287
*Printed name and bar number*

U.S. Attorney's Office
John Joseph Moakley United States Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts
*Address*

Sean.Delaney2@usdoj.gov
*E-mail address*

(617) 748-3141
*Telephone number*

(617) 748-3960
*FAX number*