UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**V .**                                            **Docket NO. 13-cr-40028-TSH**

**CYNTHIA MANSFIELD**

---

**ASSENTED-TO MOTION TO CONTINUE SENTENCING HEARING FOR 90 DAYS**

---

NOW COMES undersigned counsel, counsel for the defendant Cynthia Mansfield, and moves that this Honorable Court continue the sentencing hearing currently scheduled for September 12, 2014, for a period of ninety (90) days thereafter.  The defendant agrees to exclude the additional time for purposes of the Speedy Trial Act because the ends of justice served by the granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

As reason therefore, undersigned counsel states that the Government and the Defense are in the process of negotiating a sentencing recommendation and the additional time is needed to allow this process to be completed.  In addition, Ms. Mansfield is currently undergoing a series of medical procedures which make attendance at the sentencing hearing difficult.  The Government, through AUSA Scott Garland, assents to this motion.

        Cynthia Mansfield,

        By her attorney,

        ___/s/ Brian Murphy_____

        Brian Murphy (666238)
        Murphy & Vander Salm LLP
        46 Wachusett Street
        Worcester, MA 01609
        murphy@mvsllp.com
        Phone-508-425-6330
        Fax- 508-536-0834

Dated: August 4, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

        ___/s/ Brian Murphy_____

        Brian Murphy (666238)
        Murphy & Vander Salm LLP
        46 Wachusett Street
        Worcester, MA 01609
        murphy@mvsllp.com
        Phone-508-425-6330
        Fax- 508-536-0834

Dated: August 4, 2014