# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**V.**                                               **Docket NO. 14:13-cr-40028-TSH**

**CYNTHIA MANSFIELD**

---

## ASSENTED TO MOTION TO SEAL AND IMPOUND
## MOTION TO CONTINUE

---

Pursuant to Local Rule 7.2, the Defendant, by and through her attorney, Brian Murphy, moves for an order sealing and impounding, until further order of this Court, the forthcoming **DEFENDANT'S MOTION TO CONTINUE.** The Defendant is seeking that the motion be **SEALED** by the Court rather than filed publicly, because of the reasons for the proposed continuance.

The United States, through AUSA Garland, assent to this motion.

    Cynthia Mansfield,

    By her attorney,

    ___/s/ Brian Murphy_____

    Brian Murphy (666238)
    Murphy & Vander Salm LLP
    46 Wachusett Street
    Worcester, MA 01609
    murphy@mvsllp.com
    Phone-508-425-6330
    Fax- 508-536-0834

Dated: October 20, 2014

## CERTIFICATE OF SERVICE

I hereby declare that I have today filed this Motion in the above case via electronic mail to AUSA Scott Garland.

Dated: October 13, 2014

                                                            __/s/ Brian Murphy__

                                                            Brian Murphy (666238)
                                                            Murphy & Vander Salm LLP
                                                            46 Wachusett Street
                                                            Worcester, MA 01609
                                                            murphy@mvsllp.com
                                                            Phone-508-425-6330
                                                            Fax- 508-536-0834