# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**V .**                                         **Docket NO. 13-cr-40028-TSH**

**CYNTHIA MANSFIELD**

---

## ASSENTED TO MOTION TO SEAL AND IMPOUND
## SENTENCING MEMORANDUM AND EXHIBITS

---

Pursuant to Local Rule 7.2, the Defendant, by and through her attorney, Brian Murphy, moves for an order sealing and impounding, until further order of this Court, the forthcoming **DEFENDANT'S SENTENCING MEMORANDUM AND ACCOMPANYING EXHIBITS.** The Defendant is seeking that the motion be **SEALED** by the Court rather than filed publicly, because it contains references to certain private medical information on the Defendant.

The United States, through AUSA Garland, assent to this motion.

                                                                                                Cynthia Mansfield,

                                                                                                 By her attorney,

                                                                                                 ___/s/ Brian Murphy_____

                                                                                                 Brian Murphy (666238)
                                                                                                 Murphy & Vander Salm LLP
                                                                                                 46 Wachusett Street
                                                                                                 Worcester, MA 01609
                                                                                                 murphy@mvsllp.com
                                                                                                 Phone-508-425-6330
                                                                                                 Fax- 508-536-0834

Dated:  February 3, 2015

## CERTIFICATE OF SERVICE

I hereby declare that I have today filed this Motion in the above case via electronic mail to AUSA Scott Garland.

Dated: February 3, 2015

                  /s/ Brian Murphy

                  Brian Murphy (666238)
                  Murphy & Vander Salm LLP
                  46 Wachusett Street
                  Worcester, MA 01609
                  murphy@mvsllp.com
                  Phone-508-425-6330
                  Fax- 508-536-0834