## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**V .**                                              **Docket NO. 14:13-cr-40028-TSH**

**CYNTHIA MANSFIELD**

---

### ASSENTED TO MOTION TO SEAL AND IMPOUND
### UPDATED AID IN SENTENCING REPORT

---

Pursuant to Local Rule 7.2, the Defendant, by and through her attorney, Brian Murphy, moves for an order sealing and impounding, until further order of this Court, the forthcoming **UPDATED AID IN SENTENCING REPORT.** The Defendant is seeking that the motion be **SEALED** by the Court rather than filed publicly, because of the report contains private health information.

The United States, through AUSA Garland, assent to this motion.

                                              Cynthia Mansfield,

                                              By her attorney,

                                              ___/s/ Brian Murphy_____

                                              Brian Murphy (666238)
                                              Murphy & Vander Salm LLP
                                              46 Wachusett Street
                                              Worcester, MA 01609
                                              murphy@mvsllp.com
                                              Phone-508-425-6330
                                              Fax- 508-536-0834

Dated:  March 21, 2015

**CERTIFICATE OF SERVICE**

I hereby declare that I have today filed this Motion in the above case via electronic mail to AUSA Scott Garland.

Dated: March 21, 2015

                                            __/s/ Brian Murphy__

                                            Brian Murphy (666238)
                                            Murphy & Vander Salm LLP
                                            46 Wachusett Street
                                            Worcester, MA 01609
                                            murphy@mvsllp.com
                                            Phone-508-425-6330
                                            Fax- 508-536-0834