# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

v.

**CYNTHIA MANSFIELD,**
**Defendant**

Crim. No. 13-CR-40028-TSH

## ASSENTED-TO MOTION TO UNSEAL
## THE INFORMATION AND PLEA AGREEMENT

The United States moves, with Ms. Mansfield's assent, to unseal the information and the plea agreement in this case, because Ms. Mansfield has been sentenced and the government has charged the person against whom Ms. Mansfield has cooperated.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

*/s/ Scott L. Garland*
Scott L. Garland
Assistant United States Attorney

So Ordered:

_____        Date: _____
TIMOTHY S. HILLMAN
United States District Judge

1

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the ECF system, and therefore it will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

                                       */s/ Scott L. Garland*
                                       Scott L. Garland
                                       Assistant United States Attorney

Date:   May 19, 2015